IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL YOUNG,

                Plaintiff,

  v.

THE EAU CLAIRE WISCONSIN CITY HOUSING
AUTHORITY and KEITH D. JOHNATHAN,

                Defendants.

ORDER

12-cv-838-wmc

---

MICHAEL YOUNG,

                Plaintiff,

  v.

THE BROWN-JAGER LAW OFFICE and
SARAH E. BROWN-JAGER,

                Defendants.

ORDER

12-cv-839-wmc

---

MICHAEL YOUNG,

                Plaintiff,

  v.

THE EAU CLAIRE WISCONSIN CITY POLICE STATION
and POLICE MAN ART NELSON,

                Defendants.

ORDER

12-cv-840-wmc

---

Plaintiff Michael Young has filed three proposed civil complaints. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following: The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff is unemployed and has no assets. His monthly income from Social Security benefits is $935, which makes his annual income $11,220. Because plaintiff's income is less than $16,000, he can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff's complaints are taken under advisement. As soon as the court's calendar permits, plaintiff's complaints will be screened pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about these cases, he should be sure to write the case numbers shown above on his communication.

Entered this 26th day of November, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge