IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,

v.

THE EAU CLAIRE WISCONSIN CITY
HOUSING AUTHORITY AND KEITH
A. JOHNATHAN,

    Defendants,

v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

    Intervenor Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-838-wmc

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants The Eau Claire Wisconsin City Housing Authority and Keith A. Johnathan granting their motion for summary judgment.

/s/                                               November 5, 2014

Peter Oppeneer, Clerk of Court                 Date